In the Matter of the Application of THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor, etc., of FRANKLIN I. MALLORY, Deceased, and Others, Appellants, for a Stay of Proceedings Instituted by JOHN SIMON, Respondent, Pursuant to Section 5 of the Arbitration Law.— Order, so far as appealed from, granting petitioner's motion for a stay of action instituted in the City Court, and directing a trial by jury of the issue as to whether or not the respondent was induced to sign the arbitration agreement through misrepresentation, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order

on notice.  Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.